UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| Grace Rosson, | ) | Case No.:  6:11-cv-00681-TC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER TO DISMISS PLAINTIFF'S COMPLAINT |
| Michael J. Astrue Commissioner, Social Security Administration | ) ) ) ) | |
| Defendant. | ) ) | |

After considering the Plaintiff's Motion to Dismiss Complaint, it is hereby:

ORDERED that the Complaint is Dismissed.

IT IS So ORDERED this ___6___ day of ___Feb___, 2012.

_____
UNITED STATES Magistrate JUDGE

Presented by:

___/s/ George Wall___
George J. Wall, OSB No. 934515
Telephone: (503)236-0068
Fax: (503)236-0028

Page 1 – ORDER